# IN THE SUPREME COURT OF THE STATE OF NEVADA

MANUEL GUTIERREZ-MORA,
        Appellant,
vs.
THE STATE OF NEVADA,
        Respondent.

No. 85291

FILED

SEP 19 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
    DEPUTY CLERK

## ORDER DISMISSING APPEAL

This appeal was initiated by the filing of a pro se notice of appeal. Eighth Judicial District Court, Clark County; Elham Roohani, Judge.

Appellant filed a notice of appeal on August 31, 2022. The notice of appeal fails to identify any judgments of the district court. Further, it does not appear from the district court docket and minute entries that the district court entered any appealable order. Accordingly, we conclude that we lack jurisdiction to consider this appeal, and we

ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Stiglich

_____, J.
Herndon

Supreme Court
of
Nevada

22-29343

cc:    Hon. Elham Roohani, District Judge
        Manuel Gutierrez-Mora
        Attorney General/Carson City
        Clark County District Attorney
        Eighth District Court Clerk